PAMELA M. SCHUUR (SBN 130073)
Attorney at Law
769 San Simeon Drive
Concord, California 94518
Telephone: 408-483-6810
Facsimile: 925-887-4000

Attorney Plaintiff Kite Solutions, Inc.,
a Delaware corporation

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITE SOLUTIONS, INC, a Delaware corporation,<br>            Plaintiff,<br><br>                vs.<br><br>KITE, a business entity of unknown form; ADAM SMITH, an individual; ASHTON BRAUN, an individual; and DOES 1-10, inclusive;<br><br>            Defendants. | CASE NO. 14-CV-04299-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO**<br>**F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KITE SOLUTIONS, INC., through its counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against Defendants KITE, a business entity of unknown form; ADAM SMITH; and ASHTON BRAUN.

Dated: January 13, 2015

                          _/s/ Pamela M. Schuur /s/_
                          By: Pamela M. Schuur
                          Attorney for Plaintiff
                          Kite Solutions, Inc., a Delaware corporation

Notice of Voluntary Dismissal
Case No. 14-CV-04299-EMC